**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 3, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00534-CR

---

### EUGENE LEWIS III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 17-CR-3673**

---

## MEMORANDUM OPINION

Appellant, Eugene Lewis III, has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Jewell, Bourliot. and Zimmerer

Do Not Publish – Tex. R. App. P. 47.2(b)